[No. 51036-3-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO IOB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08267-0, Michael J. Fox, J., entered September 5, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51066-5-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. S.R., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-8-00601-5, Susan K. Cook, J., entered September 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51118-1-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHAD L. JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07502-7, Laura Gene Middaugh, J., entered September 20, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51213-7-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01894-9, Charles W. Johnson, J. Pro Tem., entered August 26, 2002. *Affirmed* by unpublished per curiam opinion.